

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00149-CV

| | | |
|---|---|---|
| DARRYL HEFFNER, Appellant | § | On Appeal from the 235th District Court |
| | § | of Cooke County (CV21-00248) |
| V. | § | April 13, 2023 |
| TIMOTHY HEFFNER, MATTHEW HEFFNER, AND JONATHAN HEFFNER, Appellees | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth